# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# SOUTHERN DIVISION

VIRGINIUS REECE PHIPPS,  )
TRAVIS MITCHELL PHIPPS, and  )
CHARLIE CAROLE PHIPPS,  )
      Plaintiff,  )
      )
      )      JUDGMENT
v.  )
      )      No. 7:17-CV-78-H
BENJAMIN L. GRADY, BLAKE  )
WALLACE, Individually and in his  )
official capacity as the Sheriff  )
of Duplin County, and DUPLIN  )
COUNTY SHERIFF'S OFFICE,  )
      Defendants. )

**Decision by Court.**
This case came before the Honorable Malcolm J. Howard, Senior United States District Judge for consideration.

**IT IS ORDERED, ADJUDGED AND DECREED the motion to dismiss of Sheriff Wallace and the Sheriff's Office is granted; the claim against defendant Grady is dismissed without prejudice; and defendant Grady's motion to dismiss or for judgment on the pleadings is moot; and this case is closed.**

<u>This Judgment Filed and Entered on March 2, 2018, with service with service via US Mail and CM/ECF Notice of Electronic Filing on</u>:

| | |
|---|---|
| Virginius R. Phipps, Pro Se<br>812 Warren Road<br>Faison, NC 28341 | via US Mail |
| Travis Mitchell Phipps, Pro Se<br>111 N. Massey Street<br>Selma, NC 27576 | via US Mail |
| Charlie Carole Phipps, Pro Se<br>570 Almond Road<br>Newton Grove, NC 28366 | via US Mail |
| Derek M. Crump | via CM/ECF |
| Scott C. Hart | via CM/ECF |
| March 2, 2018 | PETER A. MOORE, JR., CLERK<br>/s/ Lisa W. Lee<br>(By): Lisa W. Lee, Deputy Clerk |